## CITIZENS SAVINGS BANK *v.* ANTHONY R. BASILICA ET AL.
### (AC 17086)

Schaller, Spear and Hennessy, Js.

Argued January 21—officially released February 10, 1998

Per Curiam. The constitutional claim was withdrawn at oral argument. We find no merit in the remaining issues.

The judgment is affirmed.

## DANIEL MOLIENGO *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 16619)

Lavery, Hennessy and Daly, Js.

Argued January 20—officially released February 10, 1998

Per Curiam. The judgment is affirmed.

## JAMES A. PABILONIA *v.* GIACOMO J. GUARNACCIA, JR., ADMINISTRATOR (ESTATE OF HOMER C. OEHLERS)
### (AC 17016)

Lavery, Hennessy and Daly, Js.

Argued January 20—officially released February 10, 1998

Per Curiam. The judgments are affirmed.